# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF REASSIGNMENT

                                    NOTICE OF REASSIGNMENT

OF

CASES FROM HON. PAUL A. CROTTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list are reassigned to the calendar of:

HON. ALISON J. NATHAN

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: february 9, 2012

Ruby J. Krajick, CLERK

By: _____
Philip Guarnieri
Deputy Clerk

cc: Attorneys of Record

**Judge Crotty to Judge Nathan**

**08-cv-9265**

**09-cv-5982**

**10-cv-4269**

**10-cv-6430**

**10-cv-8469**

**11-cv-0043**

**11-cv-1608**

**11-cv-2679**

**11-cv-3831**

**11-cv-4775**

**11-cv-5629**

**11-cv-5375**