UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY J. IODICE,

               Plaintiff,

-v-

LONG ISLAND RAIL ROAD,

               Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 08 2012

10 Civ. 06430 (AJN)

ORDER OF DISCONTINUANCE

ALISON J. NATHAN, District Judge:

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. Within this thirty day period, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order.

The Clerk of the Court is directed to terminate this action.

SO ORDERED:

Dated: March 8, 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge

The Clerk of Court is directed to close this case. Any pending motions are moot.