UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY J. IODICE,

                           **Plaintiff,**

      -against-

LONG ISLAND RAIL ROAD

                          **Defendant.**
-----------------------------------------------------------X

10 civ 6430 (AJN)

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for all parties herein, that all causes of action asserted by the plaintiff against defendant, LONG ISLAND RAIL ROAD COMPANY, in the above entitled action be, and the same hereby are, dismissed with prejudice and without costs, and an Order to that effect may be entered without further notice.

DATED:    March 8, 2012
             FISHKILL, NEW YORK

THE MAURER LAW FIRM, PLLC
Attorneys for Plaintiff

By: _____
     Ira M. Maurer, Esq.

LONG ISLAND RAIL ROAD
Attorney for Defendant

By: _____
     Thomas L. Chiofolo, Esq.

SO ORDERED

_____
USDJ