UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANTHONY J. IODICE,

                    **Plaintiff,**

-against-

LONG ISLAND RAIL ROAD

                    **Defendant.**
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2012

10 civ 6430 (AJN)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the Attorneys for all parties herein, that all causes of action asserted by the plaintiff against defendant, LONG ISLAND RAIL ROAD COMPANY, in the above entitled action be, and the same hereby are, dismissed with prejudice and without costs, and an Order to that effect may be entered without further notice.

DATED:      March 8, 2012
                 FISHKILL, NEW YORK

THE MAURER LAW FIRM, PLLC      LONG ISLAND RAIL ROAD
Attorneys for Plaintiff                         Attorney for Defendant

By: _____      By: _____
     Ira M. Maurer, Esq.                         Thomas L. Chiofolo, Esq.

SO ORDERED

_____
USDJ
4/2/12